UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMES JEFFERSON KENNER, | ) | 3:08-CV-0165-HDM (RAM) |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | May 21, 2008 |
| | ) | |
| CORRECTIONAL OFFICER VIDAURRI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

MINUTE ORDER IN CHAMBERS:

Defendants have filed a Motion for Enlargement of Time to File Answer or Other Response to Plaintiff's Civil Rights Complaint (First Request) (Doc. #8).  Good cause appearing,

Defendants' Motion for Enlargement of Time to File Answer or Other Response to Plaintiff's Civil Rights Complaint (First Request) (Doc. #8) is GRANTED. Defendants shall have to and including July 7, 2008, in which to file an Answer or other response to Plaintiff's Civil Rights Complaint.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:    /s/
       Deputy Clerk