**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JAMES JEFFERSON KENNER, | ) | 3:08-cv-00165-HDM-RAM |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| CORRECTIONAL OFFICER VIDUARRI, et al., | ) | |
| Defendants. | ) | |

The court has considered the report and recommendation of the United States Magistrate Judge (#19) filed on December 5, 2008, in which the magistrate judge recommends that this court enter an order granting in part and denying in part the defendants' motion to dismiss (#13). The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS in part and modifies in part the report and recommendation of the United States Magistrate Judge (#19). Defendants' motion is denied as to plaintiff's claims relating to

1

solitary confinement in Count II and exposure to tobacco smoke in Count III.  It is granted as to Count I of the complaint, the conspiracy and retaliation claim in Count II, and the disciplinary segregation claim in Count III; those claims are hereby dismissed. Further, the defendants' motion is granted as to plaintiff's claims predicated on the Fourth and Sixth Amendments in Count II, the Thirteenth Amendment in Count III, and 42 U.S.C. § 1981.  The motion to dismiss is also denied as to damages.  Finally, the motion is denied in part as to persons amenable to suit under § 1983.  However, to the extent the complaint can be construed as alleging a damages claim against the named defendants in their official capacities, those claims are dismissed.  *See Will v. Mich. Dep't of State Police*, 491 U.S. 58, 71 (1981).

**IT IS SO ORDERED.**

DATED: This 9th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE

2