AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

JAMES JEFFERSON KENNER,

      Plaintiff,     JUDGMENT IN A CIVIL CASE
  V.

      CASE NUMBER: **3:08-CV-00165-HDM-RAM**

CORRECTIONAL OFFICER
VIDAURRI, et al.,

      Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the report and recommendation of the United States Magistrate Judge (#40) is ADOPTED AND ACCEPTED. The defendants' motion for summary judgment (#35) is therefore **GRANTED.**

  July 22, 2010     **LANCE S. WILSON**
                              Clerk

                            /s/ D. R. Morgan
                            Deputy Clerk